UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALICE J. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 3:12-01153 |
| vs. ) | |
| ) | Judge Trauger |
| COOK GROUP, INC., COOK ) | |
| INCORPORATED, COOK BIOTECH, ) | Magistrate Judge Griffin |
| INC., COOK UROLOGICAL INCORPORATED, ) | |
| and COOK MEDICAL, INC., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER ADMISSION *PRO HAC VICE*

This matter is before the Court upon Defendants Cook Group Incorporated, Cook Incorporated, Cook Biotech Incorporated, Cook Urological Incorporated, and Cook Medical Incorporated's (collectively "Cook") Motion to Appear *Pro Hac Vice*. Upon consideration of the motion, the Court finds that the same is well taken and should be granted.

It is hereby ORDERED, ADJUDGED and DECREED that **Douglas B. King** may appear in this action *pro hac vice* on behalf of Cook for all purposes in this case.

Entered this the  28th  day of November, 2012.

_____
**United States District Judge**

SUBMITTED FOR ENTRY:


s/ James C. Bradshaw III
James C. Bradshaw III, BPR#013170
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, TN  37203
Telephone:  615-244-0020
Facsimile:  615-256-1726
Email:  jbradshaw@wyattfirm.com

Glen G. Reid, Jr., BPR #81814
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee  38120
Telephone: 901-537-1000
Facsimile: 901-537-1010
Email: greid@wyattfirm.com

*Attorney for Defendants Cook Group*
*Incorporated, Cook Incorporated, Cook Biotech*
*Incorporated, Cook Urological Incorporated,*
*and Cook Medical Incorporated*


*Of Counsel*
Jennifer L. Schuster
Wooden & McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana 46204-4208
Telephone:  317-639-6151
Facsimile:  317-639-6444
Email: jschuster@woodmclaw.com

*Attorney for Defendants Cook Group*
*Incorporated, Cook Incorporated, Cook Biotech*
*Incorporated, Cook Urological Incorporated,*
*and Cook Medical Incorporated*