UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALICE J. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COOK GROUP, INC., COOK ) <br> INCORPORATED, COOK BIOTECH, ) <br> INC., COOK UROLOGICAL INCORPORATED, ) <br> and COOK MEDICAL, INC., ) <br> ) <br> Defendants. ) | Case No: 3:12-01153 <br><br> Judge Trauger <br><br> Magistrate Judge Griffin |

## PROPOSED ORDER ADMISSION *PRO HAC VICE*

This matter is before the Court upon Defendants Cook Group Incorporated, Cook Incorporated, Cook Biotech Incorporated, Cook Urological Incorporated, and Cook Medical Incorporated's (collectively "Cook") Motion to Appear *Pro Hac Vice*. Upon consideration of the motion, the Court finds that the same is well taken and should be granted.

It is hereby ORDERED, ADJUDGED and DECREED that **Douglas B. King** may appear in this action *pro hac vice* on behalf of Cook for all purposes in this case.

Entered this the   28th   day of November, 2012.

_____
**United States District Judge**

SUBMITTED FOR ENTRY:


s/ James C. Bradshaw III
James C. Bradshaw III, BPR#013170
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, TN 37203
Telephone: 615-244-0020
Facsimile: 615-256-1726
Email: jbradshaw@wyattfirm.com

Glen G. Reid, Jr., BPR #81814
**WYATT, TARRANT & COMBS, LLP**
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
Telephone: 901-537-1000
Facsimile: 901-537-1010
Email: greid@wyattfirm.com

*Attorney for Defendants Cook Group*
*Incorporated, Cook Incorporated, Cook Biotech*
*Incorporated, Cook Urological Incorporated,*
*and Cook Medical Incorporated*


*Of Counsel*
Jennifer L. Schuster
Wooden & McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana 46204-4208
Telephone: 317-639-6151
Facsimile: 317-639-6444
Email: jschuster@woodmclaw.com

*Attorney for Defendants Cook Group*
*Incorporated, Cook Incorporated, Cook Biotech*
*Incorporated, Cook Urological Incorporated,*
*and Cook Medical Incorporated*